ACCEPTED
06-15-00024-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/7/2015 10:55:39 AM
DEBBIE AUTREY
CLERK

**ORAL ARGUMENT WAIVED**

CAUSE NO. 06-15-00024-CR

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/7/2015 10:55:39 AM
DEBBIE AUTREY
Clerk

_____

RODNEY BOYETT, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

ON APPEAL FROM THE 6TH DISTRICT COURT;
LAMAR COUNTY, TEXAS; TRIAL COURT NO. 25506;
HONORABLE WILL BIARD, JUDGE

_____

# APPELLEE'S (STATE'S) MOTION TO EXTEND TIME TO FILE BRIEF

_____

Gary D. Young
Lamar County and District Attorney
Lamar County Courthouse
119 North Main
Paris, Texas      75460
(903) 737-2470
(903) 737-2455 (fax)

**ATTORNEYS FOR THE STATE OF TEXAS**

1

CAUSE NO. 06-15-00024-CR

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA
_____

RODNEY BOYETT, Appellant

V.

THE STATE OF TEXAS, Appellee
_____

ON APPEAL FROM THE 6TH DISTRICT COURT;
LAMAR COUNTY, TEXAS; TRIAL COURT NO. 25506;
HONORABLE WILL BIARD, JUDGE
_____

# APPELLEE'S (STATE'S) MOTION TO EXTEND TIME TO FILE BRIEF
_____

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, the State of Texas, by and through Gary D. Young, the elected County and District Attorney of Lamar County, Texas and the Lamar County and District Attorney's Office, respectfully submits this Motion to Extend Time to File Brief under Tex. R. App. P. 10 and 38. The State of Texas moves this Court pursuant to the Texas Rules of Appellate Procedure for an extension of time in which to file the Appellant's (State's) Brief upon

good cause shown below.

## I.

On or about September 8, 2015, the appellant (Rodney Boyett) filed his brief in the above-styled and numbered cause. The appellee's (State's) brief is due on or before October 8, 2015.

This motion to extend time seeks an additional thirty (30) days for the State to file its brief.

## II.

This is an appeal from the 6th Judicial District Court of Lamar County, Texas. In the District Court, the cause number was 25506.

## III.

On or about February 10, 2015, the appellant (Rodney Boyett) filed his notice of appeal in this Court. By electronic filing or about March 31st, the District Clerk of Lamar County filed the Clerk's Record. The official court reporter filed the Reporter's Record on or about July 7th along with the exhibits on or about July 13, 2015.

The appellant (Rodney Boyett) filed a motion to extend time to file his brief, which this Court granted on or about July 27, 2015. The appellant then filed his brief on September 8, 2015.

## IV.

Since the filing of the appellant's brief on September 8th, counsel for the appellee (State) had criminal dockets, including a punishment hearing on September 17, 2015 in cause number 26080 styled *The State of Texas v. Marvin Fleming*. Counsel for the appellee (State) was then out of the office at a seminar on September 18, 2015. Beginning on the week of September 21st, counsel for the appellee (State) had hearings and a plea-bargain docket on motions to revoke/adjudicate in the 6th Judicial District Court of Lamar County and arraignments/pre-trial dockets on September 22, 2015. On September 23rd, counsel for the appellee (State) had a pre-trial hearing on a murder case numbered 26338 styled *The State of Texas v. Christian Sims* in the 6th District Court of Lamar County.

In addition to the criminal docket above, counsel for the appellee (State) was preparing and completing the brief on September 28, 2015 in cause number 06-15-00060-CR styled *Jesse Dwayne Black v. The State of Texas* in the Sixth Judicial District Court of Appeals at Texarkana (now set for submission on October 19, 2015).

Due to these circumstances, counsel for the appellant (State) was unable to complete the research necessary to prepare the brief in this appellate cause, thus necessitating this request for an extension of time.

4

Insufficient time now remains to complete Appellee's Brief, but, if the time is extended another thirty (30) days to Monday, November 9, 2015, the State will have sufficient time for completion with the time as extended.

## V.

The purpose of this motion is not for delay, but so that justice may be had by all parties. As the appellee, the State requests that an extension of time until Monday, November 9, 2015 be granted for the filing of Appellee's Brief, or until such time as this Court deems appropriate.

WHEREFORE PREMISES CONSIDERED, the State of Texas prays that upon final submission of this motion to this Court's motion docket, this Court grant the State's Motion to Extend Time to File Its Brief in its entirety and grant the State of Texas an additional thirty (30) days in which to file its brief on or before Monday, November 9, 2015, or until such time as this Court deems appropriate; and for such other and further relief, both at law and in equity, to which it may be justly and legally entitled.

Respectfully submitted,

Gary D. Young
Lamar County & District Attorney
Lamar County Courthouse
119 North Main
Paris, Texas    75460
(903) 737-2470
(903) 737-2455 (fax)

By:_____
    Gary D. Young, County Attorney
    SBN# 00785298

**ATTORNEYS FOR STATE OF TEXAS**

**VERIFICATION**

STATE OF TEXAS        §
                      §
COUNTY OF LAMAR   §

BEFORE ME, the undersigned authority, on this day personally appeared Gary D. Young, who after being duly sworn stated:

> I am the attorney representing the Appellee in the above-styled and numbered appellate cause.  I have read the foregoing Motion to Extend Time to File Appellee's Brief and the facts and allegations contained are known to me and they are true and correct to the best of my knowledge.

_____
Gary D. Young

STATE OF TEXAS             §
COUNTY OF LAMAR            §

Subscribed and sworn to before me by Gary D. Young on this the 7th day of October, 2015, to certify which witness my hand and seal of office.

*Pam Bull*

_____
Notary Public, State of Texas

PAM BULL
Notary Public, State of Texas
My Commission Expires
July 24, 2018

## **CERTIFICATE OF SERVICE**

This is to certify that in accordance with Tex. R. App. P. 9.5, a true copy of the "Appellee's (State's) Motion to Extend Time for Filing Brief has been served on the 7th day of October, 2015 upon the following:

Michael Mowla
445 E. FM 1382, No. 3-718
Cedar Hill, Texas    75104
michael@mowlalaw.com

_____
GARY D. YOUNG
gyoung@co.lamar.tx.us

7